UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

*UNITED STATES DISTRICT COURT*
*DISTRICT OF VERMONT*
*FILED*

*2023 OCT -6 AM 10:43*

*CLERK*
*BY _____*
*DEPUTY CLERK*

Robert W. Johnson,

_____
Plaintiff(s)

vs.

Donald J. Trump, et al.,

_____
Defendant(s)

Civil Action No: 2:23-cv-471

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit indicates, s/he is unable to pay such costs or give security therefore.

Dated at Buffalo, NY ~~Vermont~~, this 28TH day of September 2023

_____
Plaintiff

(Rev. 3/12)

# UNITED STATES DISTRICT COURT
for the

Robert W. Johnson
_Plaintiff/Petitioner_
v.
Donald J. Trump, et al.
_Defendant/Respondent_

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __N/A__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per
*(specify pay period)* __None__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes     ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes     ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes     ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes     ☒ No
(e) Gifts, or inheritances                             ☐ Yes     ☒ No
(f) Any other sources                                  ☐ Yes     ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

N/A