# CERTIFICATE OF SERVICE

I, Robert W. Johnson, on 08/24/2023, served a copy of Civil Cover Sheet & IFP Application upon:

1. Court Clerk: U.S. Courts
11 ELMWOOD AVE; ROOM 200
BURLINGTON, VT 05401

08/24/2023

Robert W. Johnson

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of IFP Application on 09/28/23 upon:

1. Court Clerk: U.S. Courts: PO Box 945: Burlington, VT 05402.

2. Department of Justice: 950 Pennsylvania Ave: NW: Washington, DC 20530.

09/28/2023

*Robert W. Johnson*
Robert W. Johnson